**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**BEATA MUSIC LLC,**

             Plaintiff,         18-cv-6354 (JGK)

    - against -            <u>ORDER</u>

**DINO DANELLI, ET AL.,**

             Defendants.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Freeman for general pretrial matters.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 22, 2020**        <u>/s/ John G. Koeltl</u>
                                              **John G. Koeltl**
                                        **United States District Judge**