UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

BEATA MUSIC LLC

                Plaintiff,

    - against -

DINO DANELLI, EDDIE BRIGATI, and JOHN DOES 1-10,            18 cv 6354 (JGK)

                Defendants.           ORDER
───────────────────────────────────────
DINO DANELLI and EDDIE BRIGATI

                Third-Party Plaintiffs,

    - against -

FELIX CAVALIERE and GENE CORNISH,

                Third-Party Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Mr. Cornish should be made available for a deposition by **February 26, 2021**. Copying and shipping of the requested documents should be completed at least one week prior to the deposition at the expense of the plaintiff. The parties may file a motion for summary judgment by **March 19, 2021**. Responses are due by **April 9, 2021**. Replies are due by **April 19, 2021**. No pre-motion conference is required. The Clerk is directed to close Docket Nos. 117 and 120.

    SO ORDERED.

**Dated:**    New York, New York
           February 1, 2021           /s/ John G. Koeltl
                                                    John G. Koeltl
                                        United States District Judge