UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

        Plaintiff,

- against -

DINO DANELLI, EDDIE BRIGATI, and DOES 2-10, inclusive,

        Defendants.

18-cv-6354 (JGK)

ORDER

---

DINO DANELLI and EDDIE BRIGATI,

        Third-Party Plaintiffs,

- against -

FELIX CAVALIERE and GENE CORNISH,

        Third-Party Defendants.

---

JOHN G. KOELTL, District Judge:

    Counsel for Beata Music LLC should submit one set of paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
            October 27, 2021

                                              John G. Koeltl
                                     United States District Judge