**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BEATA MUSIC LLC,

                       Plaintiff,

     -against-                                      18 **CIVIL** 6354 (JGK)

                                                      **JUDGMENT**

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 6, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The movants' motion for summary judgment dismissing all of Brigati's claims is granted.

**Dated:** New York, New York

        January 6, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                    **BY:**     *K. Mango*

                                                               **Deputy Clerk**