```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BEATA MUSIC LLC,

                Plaintiff,

    - against -

DINO DANELLI, EDDIE BRIGATI, and DOES 2-10, inclusive,

                Defendants.

DINO DANELLI and EDDIE BRIGATI,

    Third-Party Plaintiffs,

    - against -

FELIX CAVALIERE and GENE CORNISH,

    Third-Party Defendants.

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The counterclaimants, Brigati and Danelli, should respond to the counterdefendants' motion for attorney's fees, ECF No. 160, by **February 11, 2022**. The counterdefendants may reply by **February 25, 2022**.

SO ORDERED.

Dated:    New York, New York
            January 21, 2022

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                       United States District Judge