UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

            Plaintiff,

  - against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

            Defendants.

---

DINO DANELLI and EDDIE BRIGATI,

     Third-Party Plaintiffs,

  - against -

FELIX CAVALIERE and GENE CORNISH,

     Third-Party Defendants.

---

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to strike the Judgment entered at ECF No. 159. The plaintiff's claims are still outstanding. The plaintiff should advise the Court whether it intends to pursue its outstanding claims by **February 11, 2022**.

SO ORDERED.

Dated:    New York, New York
           January 21, 2022

                                            John G. Koeltl
                                      United States District Judge