```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

BEATA MUSIC LLC,

                Plaintiff,

    - against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

                Defendants.

DINO DANELLI and EDDIE BRIGATI,

        Third-Party Plaintiffs,

    - against -

FELIX CAVALIERE and GENE CORNISH,

        Third-Party Defendants.

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In response to the Court's Order dated January 21, 2022, ECF No. 162, the plaintiff agreed to dismiss its first and fifth claims for relief without prejudice, and asked the Court to enter judgment on the plaintiff's behalf on the plaintiff's second, third, and fourth claims for relief based on the Court's findings in the Court's January 6, 2022 Memorandum Opinion and Order, ECF No. 158. See ECF No. 171. These claims relate only to Brigati because the Court previously held that the plaintiff is entitled to a default judgment against Danelli. See ECF No. 113. The plaintiff does not appear to seek any damages from Brigati.

    The terms of the default judgment against Danelli will be determined in the first instance by the Magistrate Judge in

connection with the Amended Order of Reference that the Court will enter together with this Order.

Counsel for Brigati should respond by **February 28, 2022,** explaining why judgment should not be entered in favor of the plaintiff on the plaintiff's second, third, and fourth claims for relief, and why the plaintiff's first and fifth claims for relief should not be dismissed without prejudice. The plaintiff may reply by **March 7, 2022.**

SO ORDERED.

**Dated:** **New York, New York**
**February 15, 2022**

_____
John G. Koeltl
United States District Judge