UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

                Plaintiff,

    - against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

                Defendants.

18-cv-6354 (JGK)

ORDER

---

DINO DANELLI and EDDIE BRIGATI,

        Third-Party Plaintiffs,

    - against -

FELIX CAVALIERE and GENE CORNISH,

        Third-Party Defendants.

---

JOHN G. KOELTL, District Judge:

Counsel for the plaintiff should submit one set of paper courtesy copies of all papers filed in connection with the fully briefed motion for attorney's fees.

SO ORDERED.

Dated:    New York, New York
           March 14, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge