UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

          Plaintiff,

  - against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

          Defendants.

18-cv-6354 (JGK)

ORDER

---

DINO DANELLI and EDDIE BRIGATI,

          Counterclaim Plaintiffs,

  - against -

BEATA MUSIC LLC, FELIX CAVALIERE,
and GENE CORNISH,

          Counterclaim Defendants.

---

JOHN G. KOELTL, District Judge:

Brigati and Danelli may respond to Beata's proposed judgment on or before May 27, 2022. The Clerk is directed to mail this Order, and the proposed judgment at Docket No. 196, to Mr. Danelli at the following address and to note service on the docket:

          Dino Danelli
    4 East 81st Street, Apt. 10
       New York, NY 10028

SO ORDERED.

Dated:    New York, New York
         May 17, 2022

                                           John G. Koeltl
                                   United States District Judge