UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------

BEATA MUSIC LLC,

                Plaintiff,

    - against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

                Defendants.
--------------------------------------

DINO DANELLI and EDDIE BRIGATI,

                Counterclaim Plaintiffs,

    - against -

BEATA MUSIC LLC, FELIX CAVALIERE,
and GENE CORNISH,

                Counterclaim Defendants.
--------------------------------------

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court's Chambers received a call from Joseph Russo, Mr. Danelli's healthcare proxy. Mr. Russo advised that Mr. Danelli is in poor health. The Court notes that Mr. Danelli has stopped participating in this litigation and has long been in default. See ECF No. 113. The Court reiterates that Mr. Danelli can provide input on the parties' proposed judgments, in writing, on or before May 27, 2022.

    The Clerk is directed to mail this Order to Mr. Danelli at the following address and to note service on the docket:

Dino Danelli
4 East 81st Street, Apt. 10
New York, NY 10028

SO ORDERED.

Dated:   New York, New York
         May 23, 2022

_____
John G. Koeltl
United States District Judge