UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

        Plaintiff,

- against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

        Defendants.

---

DINO DANELLI and EDDIE BRIGATI,

        Counterclaim Plaintiffs,

- against -

BEATA MUSIC LLC, FELIX CAVALIERE,
and GENE CORNISH,

        Counterclaim Defendants.

---

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to mail the Final Judgment at Docket No. 201 to Mr. Danelli at the following address and to note service on the docket:

        Dino Danelli
    4 East 81st Street, Apt. 10
      New York, NY 10028

SO ORDERED.

Dated:    New York, New York
          May 31, 2022

                                    John G. Koeltl
                            United States District Judge