UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

          Plaintiff,

- against -

DINO DANELLI, EDDIE BRIGATI, and DOES 2-10, inclusive,

          Defendants.

---

DINO DANELLI and EDDIE BRIGATI,

          Counterclaim Plaintiffs,

- against -

BEATA MUSIC LLC, FELIX CAVALIERE, and GENE CORNISH,

          Counterclaim Defendants.

---

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Mr. Danelli should file any opposition to the pending motion for attorney's fees, ECF No. 205, by July 6, 2022. Any reply should be filed by July 13, 2022.

The Clerk is directed to mail a copy of this Order to Mr. Danelli at the following address and to note service on the docket:

          Dino Danelli
    4 East 81st Street, Apt. 10
      New York, NY 10028

SO ORDERED.

Dated:    New York, New York
           June 15, 2022

                                      John G. Koeltl
                                 United States District Judge