UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

              Plaintiff,

- against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

              Defendants.

---

DINO DANELLI and EDDIE BRIGATI,

              Counterclaim Plaintiffs,

- against -

BEATA MUSIC LLC, FELIX CAVALIERE,
and GENE CORNISH,

              Counterclaim Defendants.

---

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on July 5, 2022, at 4:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

    The Clerk is directed to mail a copy of this Order to Mr. Danelli at the following address and to note service on the docket:

                    Dino Danelli
          4 East 81st Street, Apt. 10
             New York, NY 10028

SO ORDERED.

Dated:    New York, New York
          June 29, 2022

                                    John G. Koeltl
                             United States District Judge