UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEATA MUSIC LLC,

           Plaintiff,

   - against -

DINO DANELLI, EDDIE BRIGATI, and
DOES 2-10, inclusive,

           Defendants.

---

DINO DANELLI and EDDIE BRIGATI,

           Counterclaim Plaintiffs,

   - against -

BEATA MUSIC LLC, FELIX CAVALIERE,
and GENE CORNISH,

           Counterclaim Defendants.

---

18-cv-6354 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The motion by Beata Music LLC, Felix Cavaliere, and Gene Cornish for attorney's fees against Dino Danelli is **withdrawn without prejudice** based on the representation by counsel for Eddie Brigati that there will be no appeal, and the fact that Mr. Danelli has defaulted and will not appeal.

The Clerk is directed to close Docket No. 205. The Clerk is also directed to mail a copy of this Order to Mr. Danelli at the following address and to note service on the docket:

```
              Dino Danelli
       4 East 81st Street, Apt. 10
            New York, NY 10028
```

SO ORDERED.

Dated:   New York, New York                    /s/ John G. Koeltl
         July 5, 2022                          _____
                                               John G. Koeltl
                                               United States District Judge